IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LARRY JEFFERSON GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:20-CV-568-WKW |
| | ) | [WO] |
| ADAM ZHEA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On August 21, 2020, the Magistrate Judge filed a Recommendation to which

no timely objections have been filed.  (Doc. # 5.)  Upon an independent review of

the record, it is ORDERED that the Recommendation is ADOPTED and that the

Plaintiff's claims against the Houston County Sheriff's Department are dismissed

with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). This action with respect to the

remaining claims are referred back to the Magistrate Judge for further proceedings.

DONE this 11th day of September, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE