IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY JEFFERSON GREEN, #236379, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CASE NO. 1:20-CV-568-WKW ) [WO] |
| ADAM ZEH, *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

Before the court is Plaintiff's motion (Doc # 56), which is construed as objections to the Magistrate Judge's Orders. Plaintiff objects to the Magistrate Judge's Orders (Docs. # 38, 50, 52, 55) denying his motion to amend the complaint to add two Defendants and denying his related motions. Plaintiff also objects to the Magistrate Judge's Order (Doc. # 48) denying Plaintiff appointment of counsel. After careful consideration, it is ORDERED that Plaintiff's objections (Doc. # 56) are OVERRULED because the Orders to which Plaintiff objects (Docs. # 38, 48, 50, 52, 55) are neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a).

DONE this 4th day of November, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE