IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY JEFFERSON GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-CV-568-WKW |
| | ) | [WO] |
| ADAM ZEH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 61) to which Plaintiff has filed objections (Doc. # 64). Based upon a *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636, the court finds that the objections lack merit. Accordingly, it is ORDERED as follows:

(1) Plaintiff's Objections (Doc. # 64) are OVERRULED.

(2) The Recommendation (Doc. # 61) is ADOPTED.

(3) Defendants' motions for summary judgment (Docs. # 15, 19, 44) are GRANTED.

(4) Plaintiff's motion (Doc. # 60) is DENIED as moot.

A final judgment will be entered separately.

DONE this 28th day of September, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE